Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff Miki Sheets-Ito*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MIKI SHEETS-ITO,<br><br>    Plaintiff,<br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., CHASE and OCWEN LOAN SERVICING, LLC,<br><br>    Defendants. | Case No.: 2:15-cv-02426-APG-CWH<br><br>**JOINT MOTION TO DISMISS DEFENDANT JP MORGAN CHASE BANK, N.A. (INCORRECTLY NAMED AS "CHASE")**<br><br>**ORDER** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Miki Sheets-Ito ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A., incorrectly named as "Chase" ("Defendant") move this Court to dismiss with prejudice Plaintiff's claims against Defendant only, in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 1st day of August 2016.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**BALLARD SPAHR**

By: /s/ Lindsay C Demaree
Abran E. Vigil, Esq.
Lindsay C Demaree, Esq.
100 N. City Parkway
Suite 1750
Las Vegas, NV 89106
*Attorneys for JPMorgan Chase Bank, N.A., incorrectly named as "Chase"*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  August 2, 2016